[No. 16919-0-I.   Division One.   November 17, 1986.]

GUARANTEE INSURANCE COMPANY, *Respondent,* v. JEFFREY
S. SCHNYDERS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-14258-8, Jerome M. Johnson, J., entered
July 26, 1985. *Affirmed* by unpublished opinion per Callow,
J. Pro Tem., concurred in by Kristianson and Patrick, JJ.
Pro Tem.

[No. 16115-6-I.   Division One.   November 17, 1986.]

KOOIL INDUSTRIES CO., LIMITED, *Appellant,* v.
PACIFIC SEAFOODS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-14909-4, Peter K. Steere, J., entered
February 8, 1985. *Affirmed* by unpublished opinion per
Andersen, J. Pro Tem., concurred in by Horowitz and Win-
sor, JJ. Pro Tem.

[No. 16414-7-I.   Division One.   November 17, 1986.]

*In the Matter of the Estate of*
VELMA A. NORTON.

Appeal from a judgment of the Superior Court for King
County, No. E-233998, Frank J. Eberharter, J., entered
April 12, 1985. *Affirmed* by unpublished opinion per Schul-
theis, J. Pro Tem., concurred in by Cole and Dolliver, JJ.
Pro Tem. Now published at 46 Wn. App. 696.